JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED COMMUNITY BANK, INC.,<br><br>       Plaintiff,<br><br>  v.<br><br>ELEGANCE, INC., a California corporation; STEPHEN THOMAS MAYORAL, an individual resident of the State of California; and SANDRA L. MAYORAL, an individual resident of the State of California, and DOES 1 - 10,<br><br>       Defendants. | Case No.: 2:20-cv-01725-JFW-PJWx<br><br>**FINAL JUDGMENT** |

## **FINAL JUDGMENT**

THIS MATTER came before the Court upon the Motion for Default Judgment as to Counts I, II and III [Docket No. 47] ("Motion"), filed by **UNITED COMMUNITY BANK** ("Plaintiff") against Defendant **ELEGANCE, INC.,** a California corporation ("Borrower") on Count I of the Complaint, Defendant **STEPHEN THOMAS MAYORAL**, an individual resident of the State of

California ("S.T. Mayoral") on Count II of the Complaint, and **SANDRA L. MAYORAL**, an individual resident of the State of California ("Sandra Mayoral") on Count III of the Complaint. The Court having granted Plaintiff's Motion, it is hereby **ORDERED, ADJUDGED, and DECREED THAT:**

1. Judgment as to Counts I, II and III is entered in favor of Plaintiff and against the Borrower, S.T. Mayoral, and Sandra Mayoral (collectively, "Defendants") as follows: (1) Count I of the Complaint against Borrower for its default under the Note; (2) Count II of the Complaint against S.T. Mayoral for default under the S.T. Mayoral Guaranty; and (3) Count III of the Complaint against Sandra Mayoral for default under the Sandra Mayoral Guaranty.

2. Plaintiff is awarded final judgment against Defendants, jointly and severally, in the total amount of $320,227.89, which includes accrued interest, late charges, attorneys' fees, and costs as follows:

| Description | Amount |
|---|---|
| Principal | $281,536.03 |
| Accrued Interest through 9/30/2020 | $24,786.72 |
| Late charges as of 9/30/2020 | $2,397.78 |
| Attorneys' fees total pursuant to L.R.55-3 | $9,774.41 |
| Court costs, now taxed | $1,732.95 |
| **TOTAL DUE PLAINTIFF** | **$320,227.89** |

3. Post-judgment interest is awarded against Defendants in an amount that is to be calculated from the date of entry of judgment at a rate prescribed by law

**DONE AND ORDERED** this 14th day of December 2020.

_____
**HONORABLE JOHN F. WALTER**
**UNITED STATES DISTRICT JUDGE**